UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY J. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00956-TWP-DML |
| | ) |
| INDIANA PAROLE DISTRICT #7, | ) |
| | ) |
| Defendant. | ) |

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

Plaintiff Bradley J. Harris ("Mr. Harris") initiated this action alleging that various persons and entities had violated his Fifth Amendment rights by punishing him for refusing to admit guilt to a sex offense for which he was convicted and sentenced to prison. Dkt. 1 (complaint); dkt. 14 (amended complaint). The Court notified Mr. Harris that he could proceed only on his claim for injunctive relief, dkt. 15, and Mr. Harris notified the Court that he would proceed only on that claim, dkt. 16. This case is now proceeding only on Mr. Harris's claim that Indiana Parole District #7 was violating the Fifth Amendment by subjecting him to polygraph examinations because he refused to confess to the crimes underlying his conviction. Dkt. 17. But now Mr. Harris is back in prison, *see* dkt. 19, where Indiana Parole District #7 has no authority to subject him to polygraph examinations. The Court directed Mr. Harris to show cause why this action should not be dismissed as moot.

Mr. Harris responded, arguing that he was arrested and brought back into custody either in retaliation for filing this lawsuit or because he refused to admit guilt to the sex offense for which he was convicted. Dkt. 26; *see also* dkt. 25 (motion to supplement claims). But this is an altogether different set of allegations than the one he is currently litigating in this case. Because Mr. Harris

has failed to show that his current claim is not moot, this action is **DISMISSED** for lack of jurisdiction. Mr. Harris's motion to supplement claims, dkt. [25], and his motion to proceed in this action, dkt. [26], are **DENIED**. Mr. Harris's request for copies, dkt. [25], is also **DENIED**. The Court has already provided copies of the docket sheet in this action, his amended complaint, the Court's most recent screening order, and the defendant's answer. *See* dkt. 24.

Nothing in this Order will prevent Mr. Harris from bringing a new action based on the events surrounding his arrest in November 2021. Final judgment shall now enter.

**IT IS SO ORDERED.**

Date: 2/25/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

BRADLEY J. HARRIS
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Thomas Joseph Flynn
INDIANA ATTORNEY GENERAL
tom.flynn@atg.in.gov